IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTIE R. COLEMAN WYNNE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 14-2081 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

ORDER

L. FELIPE RESTREPO, J.,

AND NOW, this 17 day of July, 2015, upon consideration of the Plaintiff's Request for Review and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED IN PART, and the matter is REMANDED for further review consistent with the Report and Recommendation.

FILED
JUL 17 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO, J.